Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Dennis J. Markle                                                        Docket No. 03-00041-001

### Petition on Probation

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dennis J. Markle, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 4th day of February 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a fine of $1,000 and a special assessment of $100.
- Shall not commit another Federal, state, or local crime.
- Shall not possess a firearm or destructive device.
- Participate in a program of drug testing and treatment for substance abuse as directed by the probation officer.

02-04-03:     Possession With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine; 5 years' probation; Currently supervised by U.S. Probation Officer Linda McCrillis Chovan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that the defendant has complied with all conditions of his supervision which is scheduled to end on February 3, 2008. All urine samples have tested negative for controlled substances and all financial obligations have been paid in full. He has maintained employment and maintained a stable residence for himself and his son. Further, with respect to this case and this defendant, early termination of supervised release would not create a risk to the community nor deprecate the seriousness of the offense.

U.S.A. v. Dennis J. Markle
Docket No. 03-00041-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervision at Criminal No. 03-00041-001 be terminated early and the case be marked closed.

|  |  |
|---|---|
| ORDER OF COURT<br><br>Considered and ordered this 29 day of Nov, 20 05 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on November 23, 2005<br><br>_____<br>Linda McCrillis Chovan<br>U.S. Probation Officer<br><br>_____<br>Paul J. Dippolito<br>Supervising U.S. Probation Officer<br><br>Place:    Pittsburgh, Pennsylvania |